IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CANAS,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | NO.  1:07-CV-637-AWI<br>NO.  1:02-CR-5366-AWI-SMS<br><br>ORDER MODIFYING JANUARY 5, 2010 ORDER GRANTING PETITIONER'S REQUEST FOR RELIEF UNDER 28 U.S.C. § 2255 |

On January 5, 2010, the court issued an order (Doc. No. 243) that allowed Petitioner Nelson Canas ("Petitioner") to withdraw his plea of guilty and directed him to submit his withdrawal, if any, within 30 days of service of the order.  In addition, the court stated that if Petitioner elected to withdraw his plea of guilty, at that juncture, the court would set the matter for a further status hearing.

Upon further review, the court intends on reopening Petitioner's criminal case and referring Petitioner's case to the Federal Defender's Office for appointment of counsel.  A status conference will be set for March 1, 2010.

**ORDER**

For the reasons set forth above, this court orders the following:

1. Clerk of the Court is directed to reopen Petitioner's criminal case (1:02-CR-5366-AWI-SMS);

2.   Petitioner's case is referred to the Federal Defender's Office for appointment of counsel; and

3.   A status hearing is set for March 1, 2010 at 9:00 a.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   January 22, 2010**              /s/ Anthony W. Ishii
                              CHIEF UNITED STATES DISTRICT JUDGE